United States Bankruptcy Court

Central District of California

In re:

Keri Leigh McCree

Casey James McCree

    Debtors

Case No. 26-10509-RC

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0973-9 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + Keri Leigh McCree, Casey James McCree, 295 Knoll Ridge Rd., Simi Valley, CA 93065-8229

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Daren M Schlecter | on behalf of Creditor Swift Financial  LLC daren@schlecterlaw.com, assistant@schlecterlaw.com |
| David A Smyth | on behalf of Defendant Keri Leigh McCree smythlaw@gmail.com  dsmyth2_@hotmail.com |
| David A Smyth | on behalf of Defendant Casey James McCree smythlaw@gmail.com  dsmyth2_@hotmail.com |
| David H Chung | on behalf of Debtor Keri Leigh McCree david@macleanchung.com  2407187420@filings.docketbird.com;ecf@macleanchung.com;R47314@notify.bestcase.com |
| David H Chung | |

District/off: 0973-9                                    User: admin                                    Page 2 of 2

Date Rcvd: Jul 28, 2026                               Form ID: pdf042                               Total Noticed: 1

on behalf of Joint Debtor Casey James McCree david@macleanchung.com
2407187420@filings.docketbird.com;ecf@macleanchung.com;R47314@notify.bestcase.com

Rosemary Hong

on behalf of Creditor Mechanics Bank bknotice@mccarthyholthus.com

Rosemary Hong

on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com

United States Trustee (ND)

ustpregion16.nd.ecf@usdoj.gov


TOTAL: 9

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Daren M. Schlecter, Esq. (SBN 259537)
Law Office of Daren M. Schlecter, A Prof. Corp.
10866 Wilshire Blvd., Suite 1270,
Los Angeles, CA 90024
Telephone (310) 553-5747
Telecopier (310) 553-5487
Email: daren@schlecterlaw.com

☐ *Movant appearing without an attorney*
☒ *Attorney for Movant* Swift Financial, LLC

FOR COURT USE ONLY

**FILED & ENTERED**

**JUL 28 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Spann    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*NORTHERN* DIVISION**

In re:

KERI LEIGH McCREE and CASEY JAMES McCREE

Debtor(s).

CASE NO.: 9:26-bk-10509-RC

CHAPTER: 7

**ORDER GRANTING MOTION FOR
RELIEF FROM THE AUTOMATIC STAY
UNDER 11 U.S.C. § 362**

**(Action in Nonbankruptcy Forum)**

DATE: 7/28/26
TIME: 9:00am
COURTROOM: 201
PLACE: 1415 State Street, Santa Barbara, CA 93101

**MOVANT:** Swift Financial, LLC, as a servicing agent for WebBank

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: Swift Financial v. TCR Services, Inc. et al

   Docket number: 56-2020-00543329-CUPA

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: Ventura County Superior Court

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3.  The Motion is granted under 11 U.S.C. § 362(d)(1).

4.  As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a.  ☒  Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b.  ☐  Modified or conditioned as set forth in Exhibit _____ to the Motion.

    c.  ☐  Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5.  **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

    a.  ☐  Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

    b.  ☐  Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6.  This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7.  ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8.  ☐  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9.  ☐  This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐  This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☐  Other (*specify*):

###

Date: July 28, 2026

Ronald A. Clifford III
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 2                    **F 4001-1.RFS.NONBK.ORDER**